# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2018

Stephen J. Markman,
Chief Justice

158319(47)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LANCE ADAM GOLDMAN,
    Defendant-Appellant.
_____/

SC: 158319
COA: 342072
Kalamazoo CC: 2015-000503-FH

On order of the Chief Justice, the motion of defendant-appellant to disqualify all seven Justices from participating in the decision of this case is DENIED pursuant to the rule of necessity. *United States v Will*, 449 US 200 (1980). The motion to stay or hold in abeyance is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2018



Clerk